IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROYCE GOODSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION _____ |
| § | |
| CITY OF MONTGOMERY, § | |
| WILLIAM J. KOTLAN, AND § | |
| JOHN FOX § | |
| § | |
| Defendants. § | |

## EXHIBIT A: INDEX OF ATTACHMENTS

1. Citation served on Defendant City of Montgomery;

2. Citation served on William J. Kotlan;

3. Citation served on John Fox;

4. Plaintiff's Original Petition;

5. No Docket Control Order issued; and

6. Civil Case Information Sheet.

Respectfully Submitted:

**OLSON & OLSON, L.L.P.**

By:   /s/Brian J. Begle
      BRIAN J. BEGLE
      State Bar No. 00785311
      Federal I.D. No. 15767
      JOHN J. HIGHTOWER
      State Bar No. 09614200
      Federal I.D. No. 5758
      Wortham Tower, Suite 600
      2727 Allen Parkway
      Houston, Texas 77019
      (713) 533-3800 - Phone
      (713) 533-3888 – Facsimile

      ATTORNEYS FOR DEFENDANTS,

# CITATION

CLERK OF THE COURT
BARBARA GLADDEN ADAMICK
P.O. BOX 2985
CONROE, TEXAS  77305

ATTORNEY/PARTY REQUESTING SERVICE
ERIC YOLLICK
P.O. BOX 7571
THE WOODLANDS TX 77387

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

To: CITY OF MONTGOMERY, BY SERVING THE MAYOR, JOHN FOX

  101 OLD PLANTERSVILLE RD
  MONTGOMERY, TX  77356

You are hereby commanded to appear by filing a written answer to the ROYCE GOODSON'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 284 Judicial District Court of Montgomery County, Texas at the Courthouse of said County in Conroe, Texas.

Said ROYCE GOODSON'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE was filed in said court on the 26th day of JULY, 2013 numbered 13-07-07934-CV on the docket of said court, and styled, ROYCE GOODSON VS CITY OF MONTGOMERY, WILLIAM J. KOTLAN, AND JOHN FOX

The nature of plaintiff's demand is fully shown by a true and correct copy of ROYCE GOODSON'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Conroe, Texas on the 29th day of JULY, 2013.

Barbara Gladden Adamick, District Clerk
Montgomery County, Texas

(SEAL)

By _____ Deputy

# OFFICER'S RETURN

Cause No: 13-07-07934-CV
Style: ROYCE GOODSON VS CITY OF MONTGOMERY, WILLIAM J. KOTLAN, AND JOHN FOX
284 Judicial District Court

To: CITY OF MONTGOMERY, BY SERVING THE MAYOR, JOHN FOX
Address for Service: 101 OLD PLANTERSVILLE RD MONTGOMERY, TX 77356

Came to hand the __2__ day of __August__, 2013, at __9:25__ o'clock, and executed in __Montgomery__ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the ROYCE GOODSON'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE, at the following times and places, to wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| City of Montgomery by Serving John Fox | 26 Aug 1556 2013 | 101 Old Plantersville Rd Montgomery TX 77356 |

Manner of service: In Person

*And not executed as to the defendant(s) _____

The diligence used in finding said defendant(s) being:

and the cause or failure to execute this process is:

and information received as to the whereabouts of said defendant(s) being:

FEES:
Serving Petition and Copy $ _____
TOTAL                     $ _____

By: _____ OFFICER/County, Texas
Affiant                 Deputy
                        Don Chumley
                        Montgomery County
                        Constable Precinct #1
                        115 Business Park Dr.
                        [Conroe] TX 77301

Complete if you are a person other than a Sheriff, Constable, or Clerk of the Court. In accordance with Rule 107: the officer or authorized person who serves, or attempts to serve a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

My full name is _____ my date of birth is _____, and my address is _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the ___ day of _____ 20___.

_____
Declarant/Authorized Process Server

_____
ID# & Exp. of Certification

# CITATION

| | |
|---|---|
| CLERK OF THE COURT<br>BARBARA GLADDEN ADAMICK<br>P.O. BOX 2985<br>CONROE, TEXAS  77305 | ATTORNEY/PARTY REQUESTING SERVICE<br>ERIC YOLLICK<br>P.O. BOX 7571<br>THE WOODLANDS TX 77387 |

*RECEIVED AND FILED*
*FOR RECORD*
*___ O'Clock ___ .M.*
*SEP 03 2013*
*BARBARA GLADDEN ADAMICK*
*By _____ District Clerk*
*MONTGOMERY COUNTY, TEXAS*

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

To: WILLIAM J. KOTLAN

    186X   8 LAKE FOREST DR
           CONROE, TX  77384

You are hereby commanded to appear by filing a written answer to the ROYCE GOODSON'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 284 Judicial District Court of Montgomery County, Texas at the Courthouse of said County in Conroe, Texas.

Said ROYCE GOODSON'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE was filed in said court on the 26th day of JULY, 2013 numbered 13-07-07934-CV on the docket of said court, and styled, ROYCE GOODSON VS CITY OF MONTGOMERY, WILLIAM J. KOTLAN, AND JOHN FOX

The nature of plaintiff's demand is fully shown by a true and correct copy of ROYCE GOODSON'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Conroe, Texas on the 29th day of JULY, 2013.

                              Barbara Gladden Adamick, District Clerk
                              Montgomery County, Texas

(SEAL)
                              By _____ Deputy

*SCANNED*

*RECEIVED*
*CONSTABLE RYAN GABLE*
*PCT 3 MONTGOMERY CO., TX*
*281-364-4211*
*13 AUG -1 PM 2:59*

*RECEIVED*
*CONSTABLE GENE DEFOOR*
*PCT. 2 MONTGOMERY CO. TX*
*2013 JUL 31 PM 2:06*

# OFFICER'S RETURN

Cause No: 13-07-07934-CV      284 Judicial District Court
Style: ROYCE GOODSON VS CITY OF MONTGOMERY, WILLIAM J. KOTLAN, AND JOHN FOX
To: WILLIAM J. KOTLAN
Address for Service: 8 LAKE FOREST DR CONROE, TX 77384

Came to hand the 01 day of August, 20 13, at 2:59 o'clock, and executed in Montgomery County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the ROYCE GOODSON'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE, at the following times and places, to wit:

Name      Date/Time    Place, Course and Distance from Courthouse
William J. Kotlan   08-29-13 6:33A   8 Lake Forest Dr Conroe TX 77384

Manner of service: Personal

*And not executed as to the defendant(s) _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and information received as to the whereabouts of said defendant(s) being: _____

FEES:
Serving Petition and Copy $ _____
TOTAL $ _____

RYAN TABLE, Constable Pct. 3 Montgomery County
1520 Lake Front Circle, Ste 200
The Woodlands, Texas 77380
(281) 364-4211

By: _____ Deputy

_____ OFFICER
_____ County, Texas
By: _____ Deputy

_____ Affiant

Complete if you are a person other than a Sheriff, Constable, or Clerk of the Court. In accordance with Rule 107: the officer or authorized person who serves, or attempts to serve a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

My full name is _____ my date of birth is _____, and my address is _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the ___ day of _____ 20__.

_____
Declarant/Authorized Process Server

_____
ID# & Exp. of Certification

# CITATION

| | |
|---|---|
| CLERK OF THE COURT<br>BARBARA GLADDEN ADAMICK<br>P.O. BOX 2985<br>CONROE, TEXAS  77305 | ATTORNEY/PARTY REQUESTING SERVICE<br>ERIC YOLLICK<br>P.O. BOX 7571<br>THE WOODLANDS TX 77387 |

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

To: CITY OF MONTGOMERY, BY SERVING THE MAYOR, JOHN FOX

    101 OLD PLANTERSVILLE RD
    MONTGOMERY, TX  77356

You are hereby commanded to appear by filing a written answer to the ROYCE GOODSON'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 284 Judicial District Court of Montgomery County, Texas at the Courthouse of said County in Conroe, Texas.

Said ROYCE GOODSON'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE was filed in said court on the 26th day of JULY, 2013 numbered **13-07-07934-CV** on the docket of said court, and styled, ROYCE GOODSON  VS CITY OF  MONTGOMERY, WILLIAM J. KOTLAN, AND JOHN FOX

The nature of plaintiff's demand is fully shown by a true and correct copy of ROYCE GOODSON'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Conroe, Texas on the 29th day of JULY, 2013.

Barbara Gladden Adamick, District Clerk
Montgomery County, Texas

(SEAL)

By _____, Deputy

# CITATION

| | |
|---|---|
| CLERK OF THE COURT<br>BARBARA GLADDEN ADAMICK<br>P.O. BOX 2985<br>CONROE, TEXAS   77305 | ATTORNEY/PARTY REQUESTING SERVICE<br>ERIC YOLLICK<br>P.O. BOX 7571<br>THE WOODLANDS TX 77387 |

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

To: JOHN FOX

101 OLD PLANTERSVILLE RD
MONTGOMERY, TX   77356

You are hereby commanded to appear by filing a written answer to the ROYCE GOODSON'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 284 Judicial District Court of Montgomery County, Texas at the Courthouse of said County in Conroe, Texas.

Said ROYCE GOODSON'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE was filed in said court on the 26th day of JULY, 2013 numbered 13-07-07934-CV on the docket of said court, and styled, ROYCE GOODSON VS CITY OF MONTGOMERY, WILLIAM J. KOTLAN, AND JOHN FOX

The nature of plaintiff's demand is fully shown by a true and correct copy of ROYCE GOODSON'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Conroe, Texas on the 29th day of JULY, 2013.

Barbara Gladden Adamick, District Clerk
Montgomery County, Texas

(SEAL)

By _____ Deputy

# OFFICER'S RETURN

Cause No: 13-07-07934-CV                    284 Judicial District Court
Style: ROYCE GOODSON VS CITY OF MONTGOMERY, WILLIAM J. KOTLAN, AND JOHN FOX
To: JOHN FOX
Address for Service: 101 OLD PLANTERSVILLE RD MONTGOMERY, TX  77356

Came to hand the  2  day of  August , 2013, at 9:25 o'clock, and executed in Montgomery County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the ROYCE GOODSON'S ORIGINAL PETITION, JURY DEMAND, AND REQUEST FOR DISCLOSURE, at the following times and places, to wit:

Name           Date/Time       Place, Course and Distance from Courthouse
John Fox       26 Aug 2013  15:56    101 Old Plantersville Rd Montgomery Tx 77356

Manner of service: ___in person___

*And not executed as to the defendant(s)_____

The diligence used in finding said defendant(s) being:
_____
and the cause or failure to execute this process is:
_____
and information received as to the whereabouts of said defendant(s) being:
_____

FEES:
Serving Petition and Copy $_____
TOTAL                     $_____

                              OFFICER
By: _R. Faugh_ Deputy  County, Texas
    Affiant           Don Chumley
                      Montgomery County
                      Constable Precinct #1
                      115 Business Park Dr.
                      Willis, TX 77378

Complete if you are a person other than a Sheriff, Constable, or Clerk of the Court. In accordance with Rule 107: the officer or authorized person who serves, or attempts to serve a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

My full name is _____ my date of birth is _____, and my address is _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the __ day of _____ 20__.

                    _____
                    Declarant/Authorized Process Server

                    _____
                    ID# & Exp. of Certification

Cause Number 13-07-<u>07934</u>-CV

| | § | |
|---|---|---|
| Royce Goodson, | § | In the District Court |
| Plaintiff, | § | |
| | § | |
| versus | § | |
| | § | of Montgomery County, Texas |
| City of Montgomery, William J. Kotlan, | § | |
| and John Fox, | § | |
| | § | 284th Judicial District |
| Defendants | § | |

### Royce Goodson's Original Petition, Jury Demand, and Request for Disclosure

To the Honorable District Judge:

Royce Goodson, Plaintiff, complaining of City of Montgomery, Bill Kotlan, and John Fox, Defendants, files this Original Petition, Jury Demand, and Request for Disclosure:

### Introduction

1. Defendants violated Police Chief Royce Goodson's ("Chief Goodson") rights to procedural and substantive due process under the Fifth Amendment to the United States Constitution made applicable to the States (and subdivisions thereof) under the Fourteenth Amendment, in violation of 42 U.S.C. § 1983. Chief Goodson intends to conduct discovery pursuant to Level 2 of Rule 190.

### Parties and Venue

2. Plaintiff Royce Goodson is a natural person who resides in Montgomery County, Texas.

3. Defendant City of Montgomery is a subdivision of the State of Texas, which a

Royce Goodson's Original Petition, Jury Demand, and Request for Disclosure - Page 1

process server may serve with citation by serving the mayor, John Fox, at 101 Old Plantersville Road, Montgomery, Montgomery County, Texas 77356.

4. Defendant William J. Kotlan is a natural person whom a process server may serve with citation at his home at 8 Lake Forest Drive, Conroe, Montgomery County, Texas 77384.

5. Defendant John Fox is a natural person whom a process server may serve with citation at his place of business at 101 Old Plantersville Road, Montgomery, Montgomery County, Texas 77356.

6. Venue is proper in Montgomery County, Texas, because (I) Montgomery County is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred, (ii) Montgomery County is the county of Defendants' residence; (iii) Montgomery County is the county of Plaintiff's residence; and (iv) Montgomery County is the county in which the City of Montgomery is located, so that venue is proper under the general venue statute of section 15.002 of the Texas Civil Practice and Remedies Code and under section 15.0151(a)(second sentence) of the Texas Civil Practice and Remedies Code.

### Facts

7. The City of Montgomery, Texas (the "City") brought Royce Goodson ("Chief Goodson"), an accomplished law enforcement officer, into the position of Chief of Police in order to clean up the City's Police Department that had suffered from years of corruption, dirty politics, self-dealing, and in-fighting.

Royce Goodson's Original Petition, Jury Demand, and Request for Disclosure - Page 2

8. After Chief Goodson successfully cleaned up the Police Department, Defendants terminated Chief Goodson as Chief of Police of City of Montgomery solely because Chief Goodson refused to commit criminal acts that City Administrator Bill Kotlan and Mayor John Fox insisted that Chief Goodson commit. Defendants insisted that Chief Goodson discipline one of the City's Police Officers because she had performed her law enforcement function zealously and that Chief Goodson discipline another one of the City's Police Officers because he had prepared a law enforcement report in the manner which his job duties required. If Chief Goodson had taken the actions which the City Administrator and the Mayor had insisted that he take, Chief Goodson would have prevented or delayed the service of those Police Officers as public servants in violation of Section 36.06(1) and 36.06(2) of the Texas Penal Code, obstruction of justice, which is a third-degree felony in the State of Texas.

9. Both Defendants Bill Kotlan and John Fox met with Chief Goodson and made clear to him that Chief Goodson's job performance was excellent but they asked Chief Goodson to resign on May 21, 2013. When Chief Goodson refused to resign, Defendants Bill Kotlan and John Fox suspended the employment of Chief Goodson until further action at the scheduled May 28, 2013, City Council meeting.

10. At and before the May 28, 2013, City Council meeting, Defendants violated the Texas Open Meetings Act, Chapter 551 of the Texas Government Code, in at least

three respects. First, Defendants Bill Kotlan and John Fox had lobbied to terminate and replace Chief Goodson well before that meeting. Long before that meeting, one of the senior Police Officers of the City informed Chief Goodson that Defendants had informed him that Joe Napolitano would replace Chief Goodson as Chief of Police. In fact, at the City Council meeting subsequent to the May 28, 2013, City Council meeting, the City appointed Joe Napolitano as the City's Chief of Police. Second, Defendants had created a list of complaints that they claimed they had about Chief Goodson. They were unable to substantiate any of those complaints factually and had clearly discussed those matters with members of the City Council prior to the May 28 City Council meeting. Third, Chief Goodson demanded - in writing and verbally - that the City Council act on his employment status in an open meeting rather than behind closed doors as is his right under Section 551.074(b) of the Texas Government Code. Despite Chief Goodson's written and verbal demands, the City Council proceeded to conduct a closed-door meeting - without Goodson - regarding Goodson's employment and then obstructed Chief Goodson's attempt to discuss his employment status before the open City Council meeting. After very brief discussion in the open meeting, the City Council proceeded to terminate Chief Goodson as an employee of the City.

11. After terminating Chief Goodson in a City Council meeting where Defendants violated the Texas Open Meeting Act in at least three major respects, Defendants

proceeded to engage in the criminal acts, which Chief Goodson had refused to commit. Chief Goodson appealed the adverse employment decision in accordance with the City's written policies . The City refused to follow its own procedures in considering the appeal and baldly refused even to consider the appeal.

12. Chief Goodson has suffered actual damages in the form of lost back and future wages and damage to his reputation in amounts far in excess of this Court's minimum jurisdictional amount.

## Count One

### Cause of Action under 42 U.S.C. § 1983

14. Plaintiff incorporates paragraphs 1 through 12 herein as though set forth at length.

15. Defendants committed their wrongful acts under color of state law. Defendants misused their power under color of state law. Specifically, City Administrator Bill Kotlan and Mayor John Fox sought to commit criminal acts and insisted that Chief Goodson commit those criminal acts for him. Chief Goodson refused. Defendants Bill Kotlan and Mayor John Fox, therefore, pursued their personal objectives and misused their power to terminate Chief Goodson without procedural or substantive due process.

16. Defendants' wrongful conduct deprived Chief Goodson of his rights, privileges, or immunities, which the Constitution of the United States and the laws of the United States secure, in violation of 42 U.S.C. § 1983. Defendants' actions have deprived Plaintiff of his procedural and substantive due process rights in violation

of the Fifth and Fourteenth Amendments to the United States Constitution.

17. Plaintiff seeks actual damages in excess of this Court's minimum jurisdictional amount, including, without limitation, lost (past and future) wages and damage to reputation.

18. Plaintiff's injury resulted from Defendants' reckless and callous indifference to and complete floccinaucinihilipilification of the protected rights of Plaintiff or done with an evil intent and with malice, so that Plaintiff is entitled to exemplary damages in excess of this Court's minimum jurisdictional amount.

19. Plaintiff is entitled to his reasonable and necessary attorney's fees pursuant to 42 U.S.C.A. § 1988(b) for trial and preparation and for appeals in amounts far in excess of this Court's minimum jurisdictional amount.

## Request for Disclosure

To: Defendants City of Montgomery, Bill Kotlan, and John Fox.

Pursuant to Rule 194, you are requested to disclose, within 50 days of service of this request, the information or material described in Rule 194.2.

## Prayer

Royce Goodson, Plaintiff, prays that the Court cite Defendants City of Montgomery, Bill Kotlan, and John Fox, to appear and answer herein and, upon final hearing, award him:

1. Actual damages far in excess of this Court's minimum jurisdictional amount;

2. Exemplary damages far in excess of this Court's minimum jurisdictional amount;

3. Prejudgment and postjudgment interest at the maximum lawful rate;

4. Attorney fees as pled in above in paragraph 19, *supra*;

5. Costs of Court; and

6. Such other and further relief to which Royce Goodson may show himself entitled.

Respectfully submitted,

Eric Yollick
State Bar Number 22160100
Travis Owens
State Bar Number 24065859
Post Office Box 7571
The Woodlands, Texas 77387-7571
Telephone 281.363.3591
Fax 281.363.0488

Attorneys for Plaintiff Royce Goodson

### Jury Demand

Royce Goodson demands a jury of his peers and declares that he has paid all necessary jury fees.

Eric Yollick

**Royce Goodson's Original Petition, Jury Demand, and Request for Disclosure - Page 7**

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* 13-07-07934 CV   COURT *(FOR CLERK USE ONLY):* 284th

STYLED

RECEIVED & FILED FOR RECORD
BARBARA GLADDEN ADAMICK DISTRICT
CLERK, MONTGOMERY COUNTY, TEXAS
2013 JUL 26 AM 11:24

### 1. Contact information for person completing case information sheet:

**Name:** Eric Yollick
**Email:** ericyollick@swbell.net
**Address:** P.O. Box 7571
**Telephone:** 281.363.3591
**City/State/Zip:** The Woodlands, TX 77387-7571
**Fax:** 281.363.0488
**Signature:** /s/
**State Bar No:** 22160100

**Names of parties in case:**
- Plaintiff(s)/Petitioner(s): Royce Goodson
- Defendant(s)/Respondent(s): City of Montgomery; William J. Kotlan; John Fox

- [X] Attorney for Plaintiff/Petitioner
- [ ] Pro Se Plaintiff/Petitioner
- [ ] Title IV-D Agency
- [ ] Other:

Additional Parties in Child Support Case:
- Custodial Parent:
- Non-Custodial Parent:
- Presumed Father:

### 2. Indicate case type, or identify the most important issue in the case (select only 1):

**Civil**

*Contract — Debt/Contract:*
- [ ] Consumer/DTPA
- [ ] Debt/Contract
- [ ] Fraud/Misrepresentation
- [ ] Other Debt/Contract:

*Foreclosure:*
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract:

*Injury or Damage:*
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation
*Malpractice:*
- [ ] Accounting
- [ ] Legal
- [ ] Medical
- [ ] Other Professional Liability:
- [ ] Motor Vehicle Accident
- [ ] Premises
*Product Liability:*
- [ ] Asbestos/Silica
- [ ] Other Product Liability List Product:
- [ ] Other Injury or Damage:

*Real Property:*
- [ ] Eminent Domain/Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

*Related to Criminal Matters:*
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus—Pre-indictment
- [ ] Other:

**Family Law**

*Marriage Relationship:*
- [ ] Annulment
- [ ] Declare Marriage Void
*Divorce:*
- [ ] With Children
- [ ] No Children

*Other Family Law:*
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other:

*Post-judgment Actions (non-Title IV-D):*
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

*Title IV-D:*
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

*Parent-Child Relationship:*
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

*Employment:*
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment:

*Other Civil:*
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [X] Other: Civil Rights

*Tax:*
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

**Probate & Mental Health**

*Probate/Wills/Intestate Administration:*
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings

- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other:

SCANNED

### 3. Indicate procedure or remedy, if applicable (may select more than 1):

- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

### 4. Indicate damages sought (do not select if it is a family law case):

- [ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [ ] Less than $100,000 and non-monetary relief
- [ ] Over $100,000 but not more than $200,000
- [X] Over $200,000 but not more than $1,000,000
- [ ] Over $1,000,000